UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY


IN RE: DAVID W. DABNEY, SR                )
                                          )
                                          )        CASE NO. 06-32095
                                          )        CHAPTER 7
                                          )
 DEBTOR                                   )

## ORDER

      Notice having been given and no objections having been filed to the Motion to Avoid Lien;

      IT IS HEREBY ORDERED that the lien of Stockyards Bank and Trust Company (MLE 255x498) in the following described property is, AVOIDED.

      8101 Old Shepherdsville Road
      Louisville, KY 40219


_____                    _____
DATE                                       JUDGE